### 1913.  BARRON *v.* TRAWICK.

HILL, C. J.  This case was a foreclosure by a landlord of his lien for supplies furnished to his tenant for the purpose of making the crop for the year of his tenancy. The relation was admitted, and the question at issue was the amount of supplies which had been furnished by the landlord to the tenant during the year. On this question the evidence was in conflict. The charge of the court fairly and accurately submitted the law applicable to the facts, and the verdict of the jury is amply supported by the evidence; and we see no reason why a new trial should be granted.                              *Judgment affirmed.*

Foreclosure of lien; from city court of Sandersville—Judge Jordan.  March 27, 1909.

Submitted June 28, 1909.—Decided January 21, 1910.

*W. E. Armistead, J. J. Harris,* for plaintiff in error.

*Evans & Evans,* contra.